UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No: 21-cr-670 (CJN) |
| v. : | |
| : | |
| STEPHEN K. BANNON, : | |
| : | |
| Defendant. : | |

## Government's Unopposed Motion to Dismiss Indictment

Pursuant to Fed. R. Crim. P. 48(a), the United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves this Court to dismiss with prejudice the above-captioned case against Defendant Stephen K. Bannon. The government has determined in its prosecutorial discretion that dismissal of this criminal case is in the interests of justice. Defendant Bannon does not oppose this motion.

## CONCLUSION

WHEREFORE, the United States of America respectfully requests that this motion be GRANTED.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

United States Attorney
601 D Street, NW
Washington, D.C. 20530
Jeanine.Ferris@usdoj.gov
(202) 252-1802

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing to be served by electronic means, through the Court's EFS system, upon counsel for appellant, David I. Schoen, dsschoen593@aol.com, and M. Evan Corcoran, ecorcoran@silvermanthompson.com, on this 9th day of February 2026.

_____/s/_____
JEANINE FERRIS PIRRO
United States Attorney